JS 44 (Rev. 03/24)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Presidential Candidate P60005535

**DEFENDANTS**
U.S. Patent and Trademark Office (USPTO), et al

**(b)** County of Residence of First Listed Plaintiff: Prince George's
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Alexandria VA
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Ronald Satish Emrit
5108 Cornelius Prospect Drive
Bowie MD 20720
(703) 936-3043

Attorneys *(If Known)*: Attorney General Pam Bondi

## II. BASIS OF JURISDICTION
[X] 2 U.S. Government Defendant

## III. CITIZENSHIP OF PRINCIPAL PARTIES
Citizen of Another State: [X] PTF 2

## IV. NATURE OF SUIT
[X] 830 Patent

## V. ORIGIN
[X] 1 Original Proceeding

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing: 35 U.S.C. § 101, Patent Cooperation Treaty
Brief description of cause: design patent or utility patent (black holes)

## VII. REQUESTED IN COMPLAINT:
DEMAND $ 500,000,000,000
JURY DEMAND: [ ] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
JUDGE: Paula Xinis
DOCKET NUMBER: Maryland

DATE: August 16, 2025
SIGNATURE OF ATTORNEY OF RECORD: Ronald Satish Emrit (pro se)