Mail - Ronald S. Emrit - Outlook



Exhibit A: Kirk Franklin and Satish at Grammys 2007 Somehow connected to Kirk Foggie of NRC, Fallen Angels (fullback) and Go Go Band named Young Ecstasy (Kennedy and Paint Branch high schools in Silver Spring, Maryland