

Exhibit B: The Creation of Adam at 1111 Figueroa Avenue (Staples Center)

Exhibit B that goes with (Motion) the Amended Complaint 9:4 (orig.) III