

Exhibit C: Lookin' for My Dimepiece music video 2012 in Owings Mills, Maryland

