

Exhibit D: Elza Gabriel of Fort Lauderdale 2009