

Exhibit E: 3-Car Garage Music Video 2013 (Rhode Island)