

Exhibit F: Grammys 2010