

Exhibit G: Brenda Music Video 2012 in Owings Mills, Maryland