Outlook

*Exhibit H: Email re: IC3 complaint about Google*

**Memo to Offices of FBI: This Email is Related to an IC3 internet Complaint About Google Search Engine Algorithm Suggesting "How to com for a Boy" Which Sounds like Prurient Interest**

From  Ronald S. Emrit <einsteinrockstar2@outlook.com>
Date  Fri 8/15/2025 9:48 PM
To      FCC504 <fcc504@fcc.gov>; fccinfo@fcc.gov <fccinfo@fcc.gov>; kansas.city@ic.fbi.gov <kansas.city@ic.fbi.gov>; KansasCityDiv@atf.gov <kansascitydiv@atf.gov>; little.rock@ic.fbi.gov <little.rock@ic.fbi.gov>; saltlakecity@ic.fbi.gov <saltlakecity@ic.fbi.gov>; saltlake@sec.gov <saltlake@sec.gov>; cleveland.cv@ic.fbi.gov <cleveland.cv@ic.fbi.gov>; milwaukee@ic.fbi.gov <milwaukee@ic.fbi.gov>; chicago@ic.fbi.gov <chicago@ic.fbi.gov>; atlanta@ic.fbi.gov <atlanta@ic.fbi.gov>; houston.texas@ic.fbi.gov <houston.texas@ic.fbi.gov>; neworleans@ic.fbi.gov <neworleans@ic.fbi.gov>; NewOrleansDiv@atf.gov <neworleansdiv@atf.gov>; boston@ic.fbi.gov <boston@ic.fbi.gov>; newhaven@fbi.gov <newhaven@fbi.gov>; newhaven@ic.fbi.gov <newhaven@ic.fbi.gov>; ny1@ic.fbi.gov <ny1@ic.fbi.gov>; newyork@sec.gov <newyork@sec.gov>; NewYork.ATR@usdoj.gov <newyork.atr@usdoj.gov>

8 attachments (2 MB)
Resized_20250801_112254.jpeg; Part 4 of Service of Process on Speaker of the House Mike Johnson by USA Marshals in Eastern Louisiana.jpeg; Part 26 of Service of Process on Speaker of the House Mike Johnson by USA Marshals in Eastern Louisiana.jpeg; Part 29 of Service of Process on Speaker of the House Mike Johnson by USA Marshals in Eastern Louisiana.jpeg; Part 38 of Service of Process on Speaker of the House Mike Johnson by USA Marshals in Eastern Louisiana.jpeg; Resized_20250626_154944 (1).jpeg; IMG-20250616-WA0004.jpg; Part 46 of Service of Process on Speaker of the House Mike Johnson by USA Marshals in Eastern Louisiana.jpeg;

Memo to USA Marshals of Tampa, Florida:

This Email is Related to an IC3 internet Complaint About Google Search Engine Algorithm Suggesting "How to com for a Boy" Which Sounds like Prurient Interest

The Google search engine algorithm suggeted the phrase "how to com for boys." This is what that AI algorithm suggestion returned when I tried to find out if this key word suggestion is appropriate for AI and algorithms

https://www.google.com/search?q=how+to+com+for+boys&sca_esv=972c76ef38736f5c&sxsrf=

Exhibit H: Email re: IC3 complaint about Google

AE3TifM7jXu0elQQq8lSnsKEUgEudkulAQ%3A1755304299000&ei=atGfaJXmPM6q5NoPjuzISQ&oq=how+to+c0&gs_lp=Egxnd3Mtd2l6LXNlcnAiCWhvdyB0byBjMCoCCAIyBRAAGIAEMgYQABgWGB4yBhAAGBYYHjIGEAAYFhgeMgsQABiABBiGAxiKBTILEAAYgAQYhgMYigUyCxAAGIAEGIYDGIoFMgsQABiABBiGAxiKBTIFEAAYgAQyBRAAGO8FSK2hAlDXb1ikjwFwBHgBkAEAmAFaoAHLA6oBATe4AQHIAQD4AQGYAgugAqsEwgIHECMYsAMY1gQYR8ICBAAGIAGIAEGLEDwgIHEC4YgAQYCsICBxAAGIAEGArCAgQQQIxgnwgILEC4YgAQYkQIYigXCAgsQABiABBiRAhiKBcICChAAGIAEGBQYhwLCAgsQLhiABBixAxjUAsICDhAuGIAEGLEDGIMBGIoFwgIOEAAYgAQYsQMYgwEYigXCAggQABixAxiDAIgGAZAGCJIHAjExoAezAMYgwEYigXCAggQABiABBixA5gDAIgGAZAGCJIHAjExoAezAMYgwEYigXCAggQABiABBixA5gDAIgGAZAGAZAGCJIHAjExoAezAMYgwEYigXCAggQABiABBixA5gDAIgGAZAGCJIHAjExoAezAMYgwEYigXCAggQABiABBixA5gDAIgGAZAGAZAGAZAGCJIHAjExoAezAMYgwEYigXCAggQABiABBixA5gDAIgGAZAGCJIHAjExoAezAMYgwEYigXCAggQABiABBixA5gDAIgGAZAGCJIHAjExoAezAMYgwEYigXCAggQABiABBixA5gDAIgGAZAGAZAGCJIHAjExoAezAMYgwEYigXCAggQABiABBixA5gDAIgGAZAGCJIHAjExoAezAMYgwEYigXCAggQABiABBixA5gDAIgGAZAGAZAGAZAGAZAGCJIHAjExoAezAMYgwEYigXCAggQABiABBixA5gDAIgGAZAGAZAGCJIHAjExoAezAMYgwEYigXCAge4B4gEwgcFMi0xLjIIB1Q&sclient=gws-wiz-serp

As it turns out, it looks like a website named Shettles is providing advice to women on how to conceive boys which is appropriate only for women trying to get pregnant. Since I am not a woman trying to get pregnant and don't care about pregnancy, I do not want Google AI or algorithsm annoying me with search phrases suggestions like "how to com for boys." This alng or jargon for trying to conceive males through pregnancy is not an approprite topic for men who do not care about and are not interested in controlling pregnancy.

Apparently, even the company "Huggies" is returning results on "how to com for a boy" (trying to conceive a male from pregnancy)

https://www.huggies.com/en-us/resources/getting-pregnant/how-to-get-pregnant/how-to-concieve-a-

boy#:~:text=According%20to%20Shettles%2C%20if%20you,deep%20penetrative%20sex%20is%20preferable.

https://www.huggies.com.au/conception/getting-pregnant/how-to-conceive-a-boy

https://femia.health/health-library/getting-pregnant/trying-to-conceive/how-to-conceive-a-boy/

https://www.thebump.com/a/how-to-have-a-boy-girl

Even though this topic seems innocent enough where companies like Huggies are giving advice to women on how to get pregnant with boys instead of girls, this is not something that I want in my suggestions from Google. You as an FBI agent should note that Grok as AI made comments about raping Elon Musk which is also nt appropriate. You as an FBI agent have an obligation to research how and why AI makes inappropriate suggestions like "how to com for a boy" or Adobe Acrobat Documents with AI suggestions for doc darks suggesting th Dark Web or dark documents. I am a "legal eagle" with a law degree who does not play, and as someone who is not interested in prurient topics or great ideas for having sex to affect the outcome of pregnancy, I am vexed and annoyed to the fullest extent when I am surfing the internet and see a reputable company like Google betray my trust when their AI or algoruthims suggests weird and bizarre topics like "how to com for a boy." To me, this sounds like key words or a phrase that might pull up something that appeals to a prurient interest and

this is exaclty how people hate AI and robots which try to control human behavior like the movie Inception placing thoughts in people's heads and also extraction removing intellectual property. I am a heterosexual male who is not sexually active because I am looking for the right woman to get married to and not interested in bizarre topics on sex and pregnancy as a devout Catholic

Cordially Yours,

Ronald Satish Emrit
5108 Cornelias Prospect Drive
Bowie, Maryland 20720
(703)936-3043