Attn: Clerk of the Court
U.S. District Court of
Eastern Tennessee
800 Market Street
Suite #130
Knoxville, Tennessee 37902

INSPECTED

RECEIVED
AUG 21 2025
Clerk, U.S. District Court
Eastern District of Tennessee
At Knoxville