UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RONALD SATISH EMRIT** | **CIVIL ACTION** |
| **VERSUS** | **NO. 25-1847** |
| **UNITED STATES PATENT AND TRADEMARK OFFICE, ET AL.** | **SECTION: D (4)** |

## JUDGMENT

Considering the Court's September 18, 2025 Order and Reasons (R. Doc. 11);

**IT IS ORDERED, ADJUDGED, AND DECREED** that plaintiff Ronald Satish Emrit's Complaint is **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e) as frivolous.

New Orleans, Louisiana, September 19, 2025.

_____
**WENDY B. VITTER**
**United States District Judge**